Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 15-5635-DMG (AGRx)     Title: Janice Getty v. Kohl's Department Stores, Inc.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court   [ x ] Jury<br>Duration Estimate: 2 days | 8-30-16<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 8-2-16<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 2-5-16 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 4-15-16 |
| Motion Cut-Off   (filing deadline) | 5-6-16 |
| Initial Expert Disclosure & Report Deadline | 5-24-16 |
| Rebuttal Expert Disclosure & Report Deadline | 6-28-16 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 7-12-16 |
| Settlement Conference Completion Date | 7-5-16 |
| Motions in Limine Filing Deadline | 7-12-16 |
| Opposition to Motion in Limine Filing Deadline | 7-19-16 |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 3-18-16<br>3-25-16 |
| Joint Status Report re Settlement | 7-12-16 |
| Proposed Pretrial Conference Order | 7-12-16 |
| Contentions of Fact/Law | 7-12-16 |
| Pretrial Exhibit Stipulation | 7-12-16 |
| Joint Exhibit List | 7-12-16 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 7-12-16 |
| Agreed Statement of the Case | 7-12-16 |
| Proposed Voir Dire Questions | 7-12-16 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 7-12-16 |
| Verdict Forms | 7-12-16 |