UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-5635-DMG (AGRx) | Date | March 3, 2016 |

Title  *Janice Getty v. Kohls Department Stores, Inc.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES RE DISMISSAL OF THIRD-PARTY COMPLAINT**

On February 11, 2016, the Court ordered defendant/third-party plaintiff to show cause in writing ("OSC") [Doc. # 29], no later than February 25, 2016, why the third party complaint [Doc. # 18] should not be dismissed for failure to prosecute. To date, defendant/third-party plaintiff has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** the third-party complaint without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute. The OSC filed on February 11, 2016 is DISCHARGED.

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|