Tammy Hussin (Bar No. 155290)
Hussin Law
6404 Merlin Drive
Carlsbad, CA 92011
Tel: 877.677.5397
Fax: 877.667.1547
Tammy@HussinLaw.com

Attorney for Plaintiff, Janice Getty

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Janice Getty,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kohl's Department Stores, Inc., a California foreign corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-05635<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE |

　　　IT IS HEREBY STIPULATED by and between Plaintiff JANICE GETTY and Defendant KOHL'S DEPARTMENT STORES, INC., through their respective counsel of record, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| DATED: March 9, 2016 | | TAMMY HUSSIN |
| | | By: */s/ Tammy Hussin* <br> Tammy Hussin, Esq. <br> Hussin Law <br> Attorney for Plaintiff, Janice Getty |
| DATED: March 9, 2016 | | KELLEY DRYE & WARREN LLP <br> By: */s/ Catherine D. Lee* <br> Catherine D. Lee, Esq. <br> Attorneys for Defendant <br> Kohl's Department Stores, Inc |

### Signature Certification

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Catherine D. Lee, counsel Kohl's Department Stores, Inc., and that I have obtained Ms. Brenner's authorization to affix her electronic signature to this document.

Date: March 9, 2016

                                                                                      Tammy Hussin